

**ORDERED in the Southern District of Florida on March 25, 2020.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| 1 Global Capital LLC, *et al.*,[1] | Case No. 18-19121-RAM |
|     Debtors. | (Jointly Administered) |

_____/

1 Global Capital LLC,

    Plaintiff,

v.

Stop's Services, LLC and Gregory L.
Stoppelbein,

    Defendants.

_____/

Adv. Case No.: 19-01410-RAM

### ORDER ON PLAINTIFF'S *EX PARTE* MOTION FOR DISMISSAL OF PARTY DEFENDANT STOP'S SERVICES, LLC

---

[1] The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 1 Global Capital LLC, d/b/a 1 GC Collections, c/o Development Specialists, Inc.: 500 West Cypress Creek Road, Suite 400, Fort Lauderdale, FL 33009 (9517); and 1 West Capital LLC, d/b/a 1 West Collections, c/o Development Specialists, Inc.: 500 West Cypress Creek Road, Suite 400, Fort Lauderdale, FL 33009 (1711).  On February 19, 2019, the Debtors registered the fictitious names "1 GC Collections" and "1 West Collections" with the Florida Department of State.

This Court having reviewed Plaintiff's *Ex Parte* Motion for Dismissal of Party Defendant Stop's Services, LLC and being fully advised, hereby orders and adjudges as follows:

1. The Motion is **GRANTED**.

2. Defendant Stop's Services, LLC is dismissed from this action without prejudice.

3. The caption in this action shall now reflect only Gregory L. Stoppelbein as a defendant to this action.

### 

**Submitted by:**
Jonathan S. Feldman
Florida Bar No. 12682
jfeldman@pbyalaw.com
Perlman, Bajandas, Yevoli & Albright, P.L.
283 Catalonia Avenue, Suite 200
Miami, Florida 33134
Telephone: 305.377.0086
Facsimile: 305.377.0781
*Special Litigation Counsel*

(*Jonathan Feldman is directed to serve copies of this Order upon all parties and file a Certificate of Service with the Bankruptcy Court.*)