

**ORDERED in the Southern District of Florida on September 18, 2020.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| 1 Global Capital LLC, *et al.*,[1] | Case No. 18-19121-RAM |
|     Debtors. | (Jointly Administered) |

_____/

1 Global Capital LLC,

     Plaintiff,

v.

Gregory L. Stoppelbein,

     Defendant.

_____/

Adv. Case No.  19-01410-RAM

---

[1] The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 1 Global Capital LLC, d/b/a 1 GC Collections, c/o Development Specialists, Inc.: 500 West Cypress Creek Road, Suite 400, Fort Lauderdale, FL 33009 (9517); and 1 West Capital LLC, d/b/a 1 West Collections, c/o Development Specialists, Inc.: 500 West Cypress Creek Road, Suite 400, Fort Lauderdale, FL 33009 (1711). On February 19, 2019, the Debtors registered the fictitious names "1 GC Collections" and "1 West Collections" with the Florida Department of State.

1

## <u>DEFAULT FINAL JUDGMENT AGAINST GREGORY L. STOPPELBEIN</u>

THIS CAUSE, having come before the Court on Plaintiff's *Ex Parte* Motion For Entry of Default Final Judgment Against Gregory L. Stoppelbein (the "Defendant") pursuant to Fed.R.Civ.P. 55, made applicable by Fed.R.Bank.P. 7055, following entry of a Clerk's Default against Defendant in this adversary proceeding, and in conformity with this Court's Order Granting Plaintiff's *Ex Parte* Motion for Default Final Judgment entered simultaneously herewith, and finding that the Court has jurisdiction over the parties and the subject matter, and pursuant to Fed.R.Bankr.P. 7058, the Court hereby **FINDS AND DETERMINES THAT:**

A.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 157 and 1334(b) and Fed.R.Bankr.P. 7001.

A.      Venue is proper herein pursuant to 28 U.S.C. § 1409(a).

B.      The findings and conclusions set forth herein constitute the Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052.

C.      To the extent any of the following findings of fact constitute conclusions of law, they are adopted as such. To the extent any of the following conclusions of law constitute findings of fact, they are adopted as such.

D.      Proper, timely, adequate and sufficient service of the Complaint, Summons, and Pretrial Order were provided to Defendant.

E.      Proper, timely, adequate and sufficient service of the Plaintiff's Motion for Clerk's Default were provided to Defendant.

F.      Defendant had adequate time to respond to the Complaint and failed to do so.

G.      The factual allegations asserted in the Complaint with respect to Defendant are deemed admitted and are incorporated by reference.

H.      A certified copy of this Order may be filed with the appropriate clerk and/or recorded with the county recorder to effectuate the relief provided herein.

Accordingly, it is **HEREBY ADJUDGED THAT:**

1.      Final Judgment is entered in favor of 1 Global Capital LLC, and against Defendant, Gregory L. Stoppelbein, for the total sum of $104,379.00, which amount shall bear interest from this date forward at the prevailing legal rate of interest, all for which let execution issue forthwith.

2.      The Plaintiff's address is: 500 West Cypress Creek Road, Suite 400, Fort Lauderdale, FL 33309.

3.      The last known address of Gregory L. Stoppelbein is: 924 Highway 138 E, Stockbridge, GA 30281.

4.      Plaintiff is the prevailing party in this matter and is awarded its costs.  Plaintiff shall submit to the Clerk of Court a proposed Local Form "Bill of Costs" and file a certificate of service in accordance with Local Rule 2002-1(F).

5.      Pursuant to *Fed. R. Bankr. P.* 7069 and *Fla. R. Civ. P.* 1.560, Defendant shall complete under oath *Fla. R. Civ. P.* Form 1.977 (Fact Information Sheet), including all required attachments, within 45 days of the order or such other reasonable time as determined by the Court. Failure to obey the order may be considered contempt of court.

6.      The Court reserves jurisdiction to enter any further orders and decrees as are proper; modify, supplement, amend, enforce and implement the terms and provisions of this Final Judgment; or take any other actions that may be necessary in connection with this matter, including but not limited to, the issuance of writs of execution.

#      #      #

KATIE PHANG, P.A.
*Special Litigation Counsel*
*to the Debtors in Possession*
9699 N.E. 2nd Avenue
Miami, Florida 33134
Telephone: 305.614.1223
Facsimile: 305.614.1887
By: /s/ Jonathan S. Feldman
Jonathan S. Feldman
Florida Bar No. 12682
feldman@katiephang.com
*Attorneys for Plaintiff*


*The Clerk's Office is directed to serve a conformed copy of this Default Judgment upon all*
*parties at the addresses listed below:*


**VIA US MAIL**

Gregory L. Stoppelbein
924 Highway 138 E
Stockbridge, GA 30281

4